# ELECTRONIC RECORD



*1236-14*
*1237-14*
*1238-14*

05-12-00095-CR        RESISTING ARREST

05-12-00096-CR        INDECENT EXPOSURE

COA #   05-12-00097-CR        OFFENSE:   POSS OF INHALANT

STYLE:   NIX, THOMAS LEE        COUNTY:   Collin

COA DISPOSITION:    AFFIRM        TRIAL COURT:   County Court at Law No 3

DATE: 08/05/2014        Publish: NO   TC CASE #:   003-82321-10, 00382323-10 & 003-82324-10

---

# IN THE COURT OF CRIMINAL APPEALS

*1236-14*
*1237-14*
*1238-14*

STYLE:    NIX, THOMAS LEE v.        CCA #: _____

_PRO SE_ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_DISMISSED AS UNTIMELY_        JUDGE: _____

DATE: _11/19/2014_        SIGNED: _____    PC: _____

JUDGE: _Per Curiam_        PUBLISH: _____    DNP: _____

--------------------------

_PRO SE_ PETITION
FOR DISCRETIONARY REVIEW
IS _STRUCK_
DATE _January 28, 2015_
_Per Curiam_
JUDGE

_PRO SE_ MOTION FOR
REHEARING IN CCA IS: _GRANTED_ _January 28, 2015_
JUDGE: _Per Curiam_

PRO SE PETITION FOR
DISCRETIONARY REVIEW
IS REFUSED ELECTRONIC RECORD
ON 03/04/2015
_Per Curiam_